**Brian R. NEAL, d/b/a Neal Construction, Plaintiff,**

**Thomas and Joel Wrenn, Appellants,**

**v.**

**BASS CONSTRUCTION COMPANY, INC., and W & L Excavation Company, Respondents.**

No. WD 45251.

Missouri Court of Appeals, Western District.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1992.

Application to Transfer Denied Nov. 24, 1992.

Karon D. Ramsey, Kansas City, for appellants.

Frederick H. Riesmeyer, II, Kansas City, for respondent Bass Const. Co.

Dan C. Sturdevant, Kansas City, for respondent W & L Excavation Co.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Thomas and Joel Wrenn (Wrenns) appeal following an adverse judgment regarding a construction contract dispute.

Judgment affirmed.   Rule 84.16(b).